STANLEY A. SLUPKOWSKI
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN., 55903-4000



RECEIVED
JUL 15 2008
JULY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO IL., 60604

STANLEY A. SLUPKOWSKI

PETITIONER,

V.

THE UNITED STATES OF AMERICA ET AL.,
THE STATE OF ILLINOIS ET AL.,.

RESPONDENT(S).

**08CV3997**
CASE **JUDGE DOW**
**MAG.JUDGE SCHENKIER**

CIVIL RIGHTS COMPLAINT PURSUANT TO BIVENS ACTION PURSUANT TO 403 US 388 29 L ED 2D 619 S Ct 1999 PRUSUANT TO 28:1331 (FEDERAL QUESTION)

A. PREVIOUS LAWSUITS:

1. All previous lawsuits were department of the Navy, and were processed as prison litigation reform act, and declared frivolous, as long as Department of the Navy proceedings are processed as prison litigation they will be decalared frivolous. Because Department of the Navy is not part of the prison litigation reform act.

2. This is a Department of the Navy proceeding pursuant to 10:1552 and has nothing to do with prison litigation reform act.

3. The Petitioner is civilly commited and the prisoner litigation reform act does not apply nor does filing fees pursuant to 28:1915N14 and N33

4. The Petitioner is free of filing fees for petitions under 42:GENERALLY 38:4323 (USERRA), 38:5501 thru 5504, MINORS, INCOMPETENTS, AND OTHER WARDS. 10:1552 SECRETARY OF THE NAVY PROCEEDINGS. If determined after the proceeding is final decision of petition, then the Petitioner would pay it depends on the outcome of the proceedings, majority of the time the Petitioner will not be required to pay and cost or fees.

STANLEY A. SLUPKOWSKI

FMC 19289-083 BLDG 1-2

FEDERAL MEDICAL CENTER

P.O. BOX 4000

ROCHESTER MN., 55903-4000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO IL., 60604

| STANLEY A. SLUPKOWSKI | CASE NUMBER |
|---|---|
| PETITIONER, V. THE UNITED STATES OF AMERICA ET AL., THE STATE OF ILLINOIS ET AL.,. RESPONDENT(S). | CIVIL RIGHTS COMPLAINT PURSUANT TO BIVENS ACTION PURSUANT TO 403 US 388 29 L ED 2D 619 S Ct 1999 PRUSUANT TO 28:1331 (FEDERAL QUESTION) |

A. PREVIOUS LAWSUITS:

   1. All previous lawsuits were department of the Navy, and were processed as prison litigation reform act, and declared frivolous, as long as Department of the Navy proceedings are processed as prison litigation they will be decalared frivolous. Because Department of the Navy is not part of the prison litigation reform act.

   2. This is a Department of the Navy proceeding pursuant to 10:1552 and has nothing to do with prison litigation reform act.

   3. The Petitioner is civilly commited and the prisoner litigation reform act does not apply nor does filing fees pursuant to 28:1915N14 and N33

   4. The Petitioner is free of filing fees for petitions under 42:GENERALLY 38:4323 (USERRA), 38:5501 thru 5504, MINORS, INCOMPETENTS, AND OTHER WARDS. 10:1552 SECRETARY OF THE NAVY PROCEEDINGS. If determined after the proceeding is final decision of petition, then the Petitioner would pay it depends on the outcome of the proceedings, majority of the time the Petitioner will not be required to pay and cost or fees.

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES.

1. There are no remedies to the exhausted under the Department of the Navy, when thepetition is filed the Secretary of the Navy establishes the requirements to be exhausted in pre-trial. The proceedings in IL., are pursuant to 10:1552 Secretary of the Navy Court for the Corrections of Military Records and **INJUSTICES**, refered to as the Board of Naval Corrections. Bureau of Prisons does not represent any agencies of the Federal, State, Local Governments, or any Bureau of Prisons offices outside of their facility, i.e. FMC Rochester MN., only handles FMC Rochester MN., not other area or other agencies of any other offices.

C. JURISDICTION.

1. On or about 1 September 1946 the Petitioner arrived from Euorpe on the United Nations Displaced Persons Orphan Program of World War II, and on 10 Feburary 1966 and 18 November 1997, was declassified by the U.S. CONGRESS for involvement from 1 January 1940 thru 31 December 1990. (Military Intelligence personnel prevented by secrecy), the Petitioner did not find out about the declassification until 20 October 2003, while using a Government Computer at the Federal Medical Center Butner NC.,. The Petitioner to

2. The Petitioner came to Chicago IL., on or about 1 September 1946, and was given to the SLUPKOWSKI on or about 12 October 1946, after their son past away and was buried in Saint Aladberts Cementry Niles IL., Leon Kozlowski was in his late seventies when he brought the Petitioner also known as Leon Kozlowski, to Chicago IL., from (1) Auchwitz Poland 1 April 44, the Petitioner was born to A15083 ANNA, then taken to Warsaw Ghetto Poland where the Petitioner became part of the Polish Resistance under the authority of the FRENCH FOREIGN LEGION for 2½ years. (2) Brought to the United States with Leon KOZLOWSKI in bad health and unable to care for his adopted son gave him to the SLUPKOWSKI's. If KOZLOWSKI could not find a family to take care of his son, would of had to be returned to Europe. Also under the same program was Actress Audrey HEBPURN of the Netherlands Resistance and the only time women were in the FRENCH FOREIGN LEGION WWII, was brough to the United States at the same time from Europe. The only reason the Petitioner was to live was because his mother Anna was a Polish Prostitute servicing Germans Officers at Auchwitz since age 12 executed age 16 after given birth to son.

3. The conspiracy against the Petitioner started in Chicago IL., involving the Family of SLUPKOWSKI, MATRINGIA, ZYDELL, and many other Families, to

cover up matters in the Family structure. The conspiray started with the Catholic Church (Archdiocese) of Chicago IL., U.S. Navy (RESERVE NAVY PIER) expanded to Great Lakes Naval Training Command IL., Fort Sheridan IL., U.S. Naval Airstation Glenview IL., Chicago IL., Police Department, The U.S. Marine Corps, and finally relatives thereof, were all involved in the conspiracy.

    4. On or about 1 April 1948 the Petitioner was placed back in the FRENCH FOREIGN LEGION for another 6½ years because the Petitioners Foster Mother was having sexual intercourse with him prior to his third birthday, the Petitioner went to authority and the Catholic Church stated chileren was to be seen not heard. The Petitioner was place on an aircraft and sent to CA., where he met his uncle Leo SLUPKO of then Glendale CA., Chief Executive Officer Lockheed Martin Aircraft Corporation, and under the Amnesty Program of FRANCE the Petitioner was sent to FIRST INDO CHINA WAR and served again in the FRENCH FOREIGN LEGION for 6½ Years for an employee of Lockheed Martin Aircraft Corporation could receive amnesty for crimes against humanities while in the German Military During WWII, (Probably one of the same individuals who Executed the Petitioner Mother). On 23 December 1953 the Petitioner, was due to rotate back from INDO CHINA and requested to be sent to MONTREAL QUEBEC CANADA, under the name of Stanley Anthony POST upon his return to the U.S., the Petitioner did not want to go back to the U.S. or the Family of SLUPKOWSKI in Chicago IL.,. With the fall of DIEM BIEN PHU the Petitioner was release 1 September 1954 to the Family of SLUPKOWSKI in Chicago IL., to resolve matters. No matters were ever resolve just placed back in a living hell for NINE more years, on 23 August 1963 the Petitioner was allowed to join the U.S. Marine Corps, and never came back. Only participated in what he had to to keep his head above water. The Petitioner served NINE years in the FRENCH FOREIGH LEGION in WWII and FIRST INDO CHINA WAR.

    5. The training the Petitioner received in the U.S. was training by the U.S. Army Cadets, and Junior Reserve Officers Training Corps, on 2 January 1961 the Petitioner filed with Los Angeles District Court for Mast with then Vice President NIXON, and hearing Los Angeles CA., County Court House, Mast was over U.S. NAVY AND MARINE CORPS, no State of CA., no Veterans AFfairs no Social Security, Just the Department of the Navy. Mast was never held and the proceedings in Los Angeles CA., Superior Court was restraining order against the U.S. MARINE CORPS, AND RELATIVES IN CA., AND IL., the Superior Court transfered to proceedings back to Chicago IL., and stated the Conspiracy started in Chicago IL., the Conspiracy will end in Chicago IL.,. The Petitioner

Uncle was trying to place the Petitioner back in the Military this time the U.S. Marine Corps. The Petitioner refused, the Mast contained the involvement of the U.S. and Allied Nations going back into INDO CHINA, with Military Force. The U.S. ARMED FORCES were reoutfitted with new equiptment starting in 1956 and completed in 1 July 1960, for war. The Peitioner was being trained as a sniper (GOVERNMENT ASSASSIN), target while in training was President KENNEDY, other matters of the Mast was how to prevent going into INDO CHINA in full Military Force. If the Petitioner had Mast with Vice President NIXON, 6½ Million persons would be alive and the world would not have had a SECOND INDO CHINA WAR.

6. The purpose of the FIRST AND SECOND INDO CHINA WAR, KOREAN WAR, AND THE ISRAELI SIX DAY WAR 1967 AND YOM KIPPUR WAR 1973, was for the invasion of Europe by the Soviet Union. To draw out forces of the Allied Nations so they could not respond. Load the Allied forces down with ALCOHOL and DRUGS, both very cheap. This is how the Soviet Union defeated the Germans in WWII, but this time the Soviet Union had the Allied Nations Armed Forces pay for the aggression the drug money laundered in the U.S. (State of CA., Bank Of America Corporation, alone laundered over 20 Trillion dollars for the Soviet Union (1) Red Triangle (CARIBBEAN AREA), (2) Golden Triangle (ASIA, SOUTHEAST ASIA) Communist China was also involved. One dollar of drug money bought 10 bullets and ten lives. The Soviet Union manufacture over 2 Billion AK-47 at $35.00, when the Woviet Union broke up un 1991 were selling them for $50.00 apiece, in the U.S. you, could buy a AK-47 for two to five thousand. Many other banks in the U.S. and overseas were involved with the Money Laundering of Drug Money for the Soviet Unior from 15 May 1945 thru present. Bank of America has been in front of Congress for Money Laundering before. From 1945 thru 2000 the U.S. MILITARY PROFESSION WAS DOWN TO 20% efficiency, all because of DRUG AND ALCOHOL. The Federal Bureau of Investigation is fully aware of the situation and the Soviet Union and Communist China Involvement and has been trying to counter there operations. Central Intelligence Agency is also trying to stop drug trafficking and money laundering. homeland Security and Secret Service is also involved, with other agencies of Department of Justice **MINUS** Public Health and Bureau of Prisons.

7. The Petitioner was to be Presidnet KENNEDY assassin, but it did not work, so they had to use another individual with a CHAOS, GREAT DISCORDER, CONFUSION, BACK GROUND, COMMUNIST AND EUPOPEAN BACKGROUND. The Petitioner and Lee Harvey OSWALD, and both served in the U.S. MARINE CORPS. Who would

ever thought the respondents in IL., and CA., TX., other parts of the country were involved in the overthrow of the Allied Nations, in behalf of Communism, to include the assassinations of President DIEM of South Vietnam President KENNEDY, Senator KENNEDY, two attempts of President FORD in CA., starting the FIRST AND SECOND INDO CHINA WAR, KOREAN WAR, AND ISRAELI SIX DAY WAR, AND YOM KIPPUR WAR 1973. Profiteering and Privateer war for personal gain.

8. This complaint alleges that the CIVIL RIGHTS of STANLEY A. SLUPKOWSKI who presently resides at FEDERAL MEDICAL CENTER P.O. BOX ROCHESTER MN., 55903-4000, were violated by the actions of the Respondent(s) named below, which actions ere directed against Petitioner at in Metropolitan area of Chicago IL., and the rest of the World on Dates (1 September 1946 Claim I), (2 January 1961 Claim II), (23 August 1963 Claim III), (28 October 1973 Claim IV), (30 December 1977 Claim V).

1. Respondent   BUREAU OF PRISONS REFUSES TO HAVE REFERENCE MATERIAL OR CORRECT ADDRESS AND COMMUNICATIONS WITH RESPONDENT(S).
2601 A PAUL JONES STREET, GREAT LAKES ILLINOIS 60088-5000
JUDGE ADVOCATE GENERAL GREAT LAKES NAVAL TRAINING COMMAND IL.,

2. Respondent   BUREAU OF PRISONS REFUESE TO HAVE REFERENCE MATIRIAL OR CORRECT ADDRESS AND COMMUNCIATIONS WITH RESPONDENT(S).
209 WEST JACKSON STREET CHICAGO IL., 60610
MARINE CORPS RECUITING OFFICER (REPRESENTING DIRECTOR NINTH MARINE CORPS DISTRICT KANSAS CITY MO.,.

3. Respondent   BUREAU OF PRISONS REFUSES TO HAVE REFERENCE MATERIAL OR CORRECT ADDRESS AND COMMUNCIATIONS WITH RESPONDENT(S)
NAVY PIER CHICAGO IL., CARE OF 260 A PAUL JONES STREET GREAT LAKES IL 60088-5000
DIRECTOR NAVAL RESERVE NAVY PIER CHICAGO IL., OR DIRECTOR 11TH NAVAL DISTRICT GREAT LAKES IL.,.

4. Respondent   SERGEANT MAJOR CHARLES L. HAYMEN UNITED STATES MARINE CORPS
BUREAU OF PRISONS REFUSES TO HAVE REFERENCE MATERIAL OR CORRECT ADDRESS AND COMMUNICATIONS WITH RESPONDENT(2).
MARINE CORPS RECRUITING OFFICER OMAHA NE., CARE OF DIRECTOR 11TH NAVAL DISTRICT GREAT LAKES IL., CARE OF DIRECTOR NINTH MARINE CORPS DISTRICT KANSAS CITY MO.,.
BROTHER IN LAW OF PETITIONER AND PRIOR RECRUITER FOR THE UNITED STATES MARINE CORPS IN CHICAGO IL.,.

5. Respondent   ELIZABETH A. HAYMEN WIFE OF SERGEANT MAJOR CHARLES L HAYMEN

|    |            |   |
|----|------------|---|
|    |            | BUREAU OF PRISONS REFUSES TO HAVE REFERENCE MATERIAL OR CORRECT ADDRESS AND COMMUNICATIONS WITH RESPONDENT(S). MARINE CORPS RECRUITING OFFICER OMAHA NE., CARE OF DIRECTOR 11TH NAVAL DISTRICT GREAT LAKES IL., CARE OF DIRECTOR NINTH MARINE COPRS DISTRICT KANSAS CITY MO.,. |
| 6. | Respondent | BUREAU OF PRISONS REFUSES TO HAVE REFERENCE MATERIAL OR CORRECT ADDRESS AND COMMUNCIATIONS WITH RESPONDENT(S). 205 LOOKING GLASS AVENUE OFFUTT AIR FORCE BASE NE 68113-3130 JUDGE ADVOCATE GENERAL OFFUTT AIR FORCE BASE |
| 7. | Respondent | J. SPYECKOWSKI (REPRESENTING THE FAMILIES OF SLUPKOWSKI, SLUPKO, ZYDELLS, MATRINGIA IN IL., NE., AR., CA.,) 3333 OAK PARK AVENUE CHICAGO IL., 60634 SLOVENLY WOMAN SPINNESTERE COUSIN. |
| 8. | Respondent | SPECIAL AGENT IN CHARGE (FBI) CHICAGO IL., FIELD OFFICE 219 SOUTH DEARBORN STREET CHICAGO IL., 60604 SPECIAL AGENT IN CHARGE (FBI). |
| 9. | Respondent | MICHEAL DOBBINS 219 SOUTH DEARBORN STREET CHICAGO IL., 60604 PRISONER CORRESPONDENCE FOR DISTRICT CLERK DISTRICT OF NORTHERN IL., CHICAGO IL., SOMETIMES THINKS HE IS THE DISTRICT CLERK. |

D. CLAIMS*

CLAIM I

The following civil right has been violated:

HARASSING THE PETITIONER WORLD WIDE, THROUGHT OUT EUROPE, ASIA, SOUTH EAST ASIA ORIENT, AUSTRALIA, NEW ZEALAND, NORTH AND SOUTH AMERICA.

FOWLLING UP EMPLOYMENT CAREERS, RELATIONS SHIPS WITH WOMEN, FRIENDS, ASSOICATIONS.

INTERFERRING WITH LEGAL PROCEEDINGS WORLD WIDE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

THIS HAS BEEN GOING ON SINCE 1 SEPTEMBER 1946 THRU PRESENT SINCE THE PETITIONER CAME FROM EUROPE IN THE UNITED NATIONS DISPLACED PERSONS ORPHAN PROGRAM OF WWI, THE PETITIONER SEVERED 14 YEARS IN THE U.S. MARINE CORPS, AND NINE YEARS FRENCH FOREIGN LEGION.

THESE PEOPLE ARE NOT HIS NEXT OF KIN, EVENT OF EMERGENCY, OR HANDLING OR HAVE BEEN HANDLING ANY MATTERS CONCERNING THE SELF OR ESTATE OF THE PETITIONER.

THE FAMILY UNIT WAS PERMANENTLY ENDED ON 28 OCTOBER 1973, DUE TO THE CONSPIRACY OF DEAPRTMENT OF THE NAVY, MARINE CORPS, CHICAGO IL., POLICE DEPARTMENT, CATHOLIC ARCHDIOCESE OF CHICAGO IL., AND RELATIVES THEREOF.

35 YEARS, IT IS OVER.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

The Petitioner beleives he is entitled to the following relief:

1. For the Respondents and their relations, and employes to remain one kilometer from any harassment of the Petitioner, at place of residence, place of work, place of worship, assoications with others. The Petitioner will never, ask or will accept any assistance from the respondents. The Petitioner wants his mail to go where the Petitioner request the mail be received or sent. The Petitioner has never lived at 3333 Oak Park Avenue Chicago IL., nor has requested his mail be sent to this address, or for the Petitioner to pick up mail at same or mail sent thru this address. To stay away from all relationships with women or men, as friends or assoications or emotional ties. The Petitioner has requested the same in CA., since 17 November 1983.

8 JULY 2008                     /s/ STANLEY A. SLUPKOWSKI PRO SE:

CERTIFICATE OF SERVICE

DISTRICT COURT
U.S. DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO IL., 60604

CERTIFIED MAIL 7004 1160 0007 4966 5280
RETURN RECEIPT REQUESTED

JUDGE ADVOCATE GENERAL
DEPARTMENT OF THE U.S. NAVY
GREAT LAKES TRAINING CENTER
2601 A PAUL STREET
GREAT LAKES IL., 60088-5000

CERTIFIED MAIL 7004 1160 0007 4966 4993
RETURN RECEIPT REQUESTED

JUDGE ADVOCATE GENERAL
DEPARTMENT OF THE U.S. NAVY
1322 PATTERSON AVENUE S.E.
WASHINGTON NAVY YARD D.C.
      20374-5066

8 JULY 2008                     /s/ STNALEY A. SLUPKOWSKI PRO SE:
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER MN., 55903-4000