**PRISONER CASE**

08CV3997
JUDGE DOW
MAG. JUDGE SCHENKIER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | STANLEY A. SLUPKOWSKI | **Defendant(s):** | THE UNITED STATES OF AMERICA, et al. |
| **County of Residence:** | US, Outside the State of IL | **County of Residence:** | |
| **Plaintiff's Address:** | Stanley A. Slupkowski<br>#19289-083<br>Rochester - FMC<br>P.O. Box 4000<br>Rochester, MN 55903 | **Defendant's Attorney:** | United States Attorney's Office<br>219 South Dearborn<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

FILED
JUL 1 5 2008
JUL 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *[signature]*  **Date:** 07/15/08