```
                UNITED STATES DISTRICT COURT         FILED
                FOR THE DISTRICT OF COLUMBIA
                333 CONSTITUTION AVENUE N.W.         JUL 1 5 2008
                WASHINGTON D.C. 20001-2802           JUL 15 2008
                                                     MICHAEL W. DOBBINS
                                                     CLERK, U.S. DISTRICT COURT
```

STANLEY A. SLUPKOWSKI           ) CASE NO. _____
                                )
          PETITIONER,           )
                                )
V                               )
                                )   08CV3997
JUDGE ADVOCATE GENERAL          )   JUDGE DOW
DEPARTMENT OF THE U.S. NAVY     )
1322 PATTERSON AVENUE S.E.      )   MAG. JUDGE SCHENKIER
WASHINGTON NAVY YARD D.C.       )
          20374-5066            )
                                )
          RESPONDENT(S) ET AL.  )
                                )
                                )

MOTION TO ESTABLISH COMMUNICATIONS WITH YOUR OFFICE FOR LEGAL PROCEEDINGS
             IN THE METROPOLIAN AREA OF DISTRICT OF COLUMBIA
                    THAT PERTAIN TO THE DEPARTMENT OF THE NAVY
   THESE PROCEEDINGS DO NOT OR HAVE EVER INVOLVED THE BUREAU OF PRISONS, OR
                             PUBLIC HEALTH SERVICE

1. The following proceedings are in the Federal Circuit awaiting to be remaned to District of Columbia District Court for action. (1) Committee 5 ECHO E Disability Review Hearing of the Petitioner pursuant to: 10:1552, 10:6160, 38:109 since 4 May 1977, the notification of the Petitioner for Discharge From the United States Marine Corps which took place 30 December 1977. The Petitioner has a Service Connected Disability since 2 July 1962, with nine years service in the French Foreign Legion 2½ WWII 6½ First Indo China War and 14 Years service Active Duty United States Marine Corps 1963-1977 with three years Second Indo China War (VIETNAM). Pursuant to 38:109 is service in the Allied Armed Forces, is why the Petitioner was allowed to enlist in the United States Marine Corps since his disabilities were controlled with medication orally, no injections. (2) Committee Twenty Eight is Seven Congressional proceedings in Congress with Seven Armed Forces

Senate Sub Committees, these do not pertain to Bureau of Prisons or Public Health Services. (3) Committee 4 DELTA D, Police harassment world wide involving the United States Marine Corps, Department of the Navy, Interpol (International Police of Paris France), Federal Bureau of Investigation. the conspiracy is still on going, and restraining orders are being issued in District Courts of Los Angeles CA., and Chicago IL.,. There were proceedings in District Court Alexandria Va., these proceedings were obstructed by the Bureau of Prisons and Washington D.c. and Prince William Police Departments. The proceedings are now in the District of Columbia District Court.

2. The Petitioner was not disclassified of WWII, thru Second Indo China War 1940 1 JAN ENDING 31 December 1990, the Petitioner did not find out about the declassification until 2004, at the Law Library Computer, the declassification took place Feburary 10 1996 and November 18 1997, Pursuant to 10:1130, P.L. 104-106 Div A, Title V Subtitle C § 523 110 Stat 311 P.L. 105-85 Div A Title V Subtitle G § 575 111 Stat 1758 provides:

3. I am awaiting for communciations from your office the only response I had was from Major Fields 3 July 2004, of the Judge Advocate office of the Judge Advocate General Office Department of the Navy, Washington Navy Yard D.C. 20374, which is your office. The Petitioner would like to get on with the remainder of his short life.

8 JULY 2008

STANLEY A. SLUPKOWSKI PRO SE:

CERTIFICATE OF SERVICE

DISTRICT CLERK  
U.S. DISTRICT COURT  
NORTHERN DISTRICT OF IL.,  
219 SOUTH DEARBORN STREET  
CHICAGO IL., 60604

FIRST CLASS MAIL WITH SELF STAMPED  
ADDRESS ENVELOPE FOR RETURN FILE COPY

DISTRICT CLERK  
U.S. DISTRICT CLERK  
DISTRICT OF COLUMBIA  
333 CONSTITUTION AVENUE N.W.  
WASHINGTON D.C. 20001-2802

FIRST CLASS MAIL WITH SELF STAMPED  
ADDRESS ENVELOPE FOR RETURN FILE COPY

JUDGE ADVOCATE GENERAL  
DEPARTMENT OF THE U.S. NAVY  
1322 PATTERSON AVENUE S.E.  
WASHINGTON NAVY YARD D.C. 20374-5066

CERTIFIED MAIL 7004 1160 0007 4966 5273

8 JULY 2008

STANLEY A. SLUPKOWSKI PRO SE: