UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
501 MAGAZINE STREET RM 505
NEW ORLEANS LOUISIANA 70130

FILED
JUL 15 2008
JUL 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STANLEY A. SLUPKOWSKI ) CASE NO. _____
)
PETITIONER, )
)
V. )
) **08CV3997**
JUDGE ADVOCATE GENERAL ) **JUDGE DOW**
DEPARTMENT OF THE U.S. NAVY ) **MAG. JUDGE SCHENKIER**
NEW ORLEANS NAVAL SUPPORT ACTY., )
)
RESPONDENT(S) ET AL., )
)
)

MOTION FOR TRANSFER-ING PROCEEDINGS TO DISTRICT OF COLUMBIA

1. The court was notified on 10 October 2003, the proceeding that involved the Department of the Navy (Commanding General 4th FLEET MARINE FORCE, 4th MARINE DIVISION 4th FORCE TROOPS, 4th AIR CRAFT WING, and Headquarters Fifth FLEET U.S. Navy committee 27 in the District Court of New Orleans and committee 12 time t the Superior Court New Orleans LA.,.

2. The proceeding only involved the Department of the Navy and Marine Corps, has NEVER HAD ANY THING TO DO WITH BUREAU OF PRISONS OR PUBLIC HEALTH SERVICE.

3. The petitioner never received any responses from your court in 15 years, and only two times petitioner were teturned as undeliverable and no response from the Postmaster or Postal Inspector of New Orleans LA., therefor there will be no proceedings in LA., the proceeding was transfered to District of Columbia.

9 JULY 2008

/STANLEY A. SLUPKOWSKI PRO SE:

CERTIFICATE OF SERVICE

DISTRICT CLERK                      FIRST CLASS MAIL WITH SELF STAMPED
U.S. DISTRICT COURT                 ENVELOPE FOR RETURN FILE COPY
EASTERN DISTRICT OF LOUISIANA
501 MAGAZINE STREET NEW ORLEANS LA., 70130

| | |
|---|---|
| DISTRICT CLERK<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF IL.,<br>219 S DEARBORN STREET<br>CHICAGO IL., 60604 | FIRST CLASS MAIL WITH SELF STAMPED<br>ADDRESS ENVELOPE FOR RETURN FILE COPY |
| JUDGE ADVOCATE GENERAL<br>DEPARTMENT OF THE U.S. NAVY<br>GREAT LAKES TRAINING CENTER<br>2601 N A PAUL STREET<br>GREAT LAKES IL., 60088-5000 | FIRST CLASS MAIL WITH SELF STAMPED<br>ENVELOPE FOR RETURN FILE COPY |
| JUDGE ADVOCATE GENERAL<br>DEPARTMENT OF THE U.S. NAVY<br>1322 PATTERSON AVENUE S.E.<br>WASHINGTON NAVY YARD D.C.<br>WASHINGTON D.C. 20374-5066 | FIRST CLASS MAIL WITH SELF STAMPED<br>ENVELOPE FOR RETURN FILE COPY |

8 JULY 2008

*[signature]*
STANLEY A. SLUPKOWSKI PRO SE: