UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

FILED
JUL 1 5 2008
JUL 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STANLEY A. SLUPKOWSKI )  CASE NO. _____
                      )
     PETITIONER,      )
                      )
         V.           )
                      )  08CV3997
JUDGE ADVOCATE GENERAL )  JUDGE DOW
DEPARTMENT OF THE U.S. NAVY )  MAG. JUDGE SCHENKIER
GREAT LAKES TRAINING CENTER )
2601 A PAUL JONES STREET )
GREAT LAKES ILLINOIS 6008-5000 )
                      )
     RESPONDENT(S) ET AL., )
                      )
                      )

MOTION FOR TRANSFER-ING PROCEEDINGS TO DISTRICT OF COLUMBIA

1. The court was notified on 10 October 2003, the proceedings that involved the Department of the Navy was transfered to District of Columbia, the only proceedings remainding in Illinois is the restraining order against the Department of the Navy, Marine Corps, Chicago IL., Police Department, Catholic Archdiocese of Chicago IL., and relatives thereof. The family unit was pernmently ended 28 October 1973, due to the above conspiracy. The Petitioner has been trying to arrange proceedings in court and your office since 23 December 1953, never a response or mail is undeliverable. Forthcomming is a Bivens Actions against the conspiracy for the restraining order. This is to provide your office with advance notice of the proceedings the Department of the Navy is involved in the State of IL.,.

2. These proceedings in IL., have never involved the Bureau of Prisons or Public Health Service, for 55 years is the Department of the Navy proceedings.

8 JULY 2008                    STANLEY A. SLUPKOWSKI PRO SE:

CERTIFICATE OF SERVICE

| | |
|---|---|
| DISTRICT CLERK<br>U.S. DISTRICT COURT<br>NOTHERN DISTRICT OF ILLINOIS<br>219 SOUTH DEARBORN STREET<br>CHICAGO IL., 60604 | FIRST CLASS MAIL WITH RETURN SELF STEMPED ADDRESSED ENVELOPE |
| JUDGE ADVOCATE GENERAL<br>DEPARTMENT OF THE U.S. NAVY<br>GREAT LAKES TRAINING CENTER<br>2601 A PAUL STREET<br>GREAT LAKES IL., 6008-5000 | CERTIFIED MAIL 7004 1160 0007 4966 4993<br>RETURN RECEIPT REQUESTED |
| JUDGE ADVOCATE GENERAL<br>DEPARTMENT OF THE U.S. NAVY<br>1322 PATTERSON AVENUE S.E.<br>WASHINGTON NAVY YARD D.C.<br>20374-5066 | CERTIFIED MAIL 7004 1160 0007 4966 5273 |

8 JULY 2008

STANLEY A. SLUPKOWSKI PRO SE:
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX4000
ROCHESTER MN., 55903-4000