FILED
JUL 1 5 2008
Jul 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
75 SPRING STREET S.W.
ATLANTA GA., 30303-3361

STANLEY A. SLUPKOWSKI )  CASE NO._____
)
PETITIONER, )
)
V. )
)  **08CV3997**
DIRECTOR SIXTH UNITED STATES )  **JUDGE DOW**
MARINE CORPS DISTRICT ATLANTA GA)  **MAG.JUDGE SCHENKIER**
)
ATLANTA NAVAL AIR STATION )
MARIETTA GA., )
)
DOBBINS AIR RESERVE BASE (AFRES )
& ANG) DOBBINS ARB GA., )
)
LOCKHEED MARTIN AIRCRAFT CORPOR-)
ATION MARIETTA GA., (INBETWEEN )
THE AIR FORCE AND NAVAL STATION )
)
RESPONDENT(S) ET AL.,)
)
)

MOTION, FOR RESTRAINING ORDER

1. The Petitioner Foster Uncle Leo Slupko, (Slupkowski), of then Glendale CA., now Forest Lawn Cementery, Los Angeles CA., born 1901, was a chief executive officer for Lockheed Aircraft Corporation of Los Angeles CA., before retiring. Leo Slupko used the Lockheed Martin Aircraft Corporation and its influences, to harass and obstruct the Petitioners life, thru the Aviation Industry, influences, of other Aviation Corporations thru the Aviation Industry, thru the office of the President of these United States, Secretary's of Departments, and Military Agencies world wide, thru the Archdiocese of the Catholic Church, Police Departments, both Houses of the United States Congress, Agencies of other Governments world wide.

2. The Petitioner first met his Foster Uncle Leo Slupko in 1 April 1948, when the Petitioner was placed back into the French Foreign Legion and

sent to First Indo China War (French Indo China), to serve 6½ years so an employee of Lockheed Martin Aircraft Corporation of Los Angeles CA., could receive amnesty, for crimes against humanity, for service in the German Military (probably at conceration camps), during world war II. The Petitioner was placed in the French Foreign Legion, again because his foster mother was having sexual relations with him before the Petitioner was three, and month before his fourth birthday the Petitioner, went and seen the Catholic Church in Chicago IL., and was told children should be seen not heard, placed on a plane and was on his way thru Los Angeles CA., to First Indo China War. The Petitioner was born Leon Kozlowski 1 April 1944, Auschwitz Poland, taken to the Warsaw Ghetto Poland and served in the Polish Resistance under the authority of the Frence Foreign Legion, for 2½ years, and on 1 September 1946, was given to the Slupkowski in Chicago IL., because their son Stanley Slupkowski past away and was buried in Saint Aladberts Cemetery Niles il., as Leon Kozlowski, and Leon became Stanley Anthony Slupkowski.

3. The Petitioner came to the United States under the United Nations Displaced Persons Orphan Program of World War II, same as Actress Audrey Hepburn of the Netherlands, who was also in the Netherlands Resistance under the authority of the French Foreign Legion. The Lockheed Martin Aircraft Corportation did not only use childred and adults for amnesty programs against humanity, also so their employees could evade the draft in time of war.

4. The Petitioner joinded the United States Marine Corps, on 23 August 1963, the Petitioner was not aware that the he was being used as scape goat for lost of contracts and other matters of the Lockheed Martin Aircraft Corporation. The Petitioner was not aware that the United States Air Force and Navy, had facilities and Lockheed Martion had joint facilities with them in Atlanta GA., area until 1987. The contract

that was lost involving Atlanta GA., was the 512, C-141 Aircraft which could liftoff over 150,000 troops and deliver them any where in the world in 19 Hours from liftoff. The Department of the Army, Air Force and Navy had ships and land bases with preposition of Material around the world for quick response for crisis. The Petitioner ended up in Supply and Logistics in the Marine Corps, but was a Private in the services at the time of the contracts were being negotiated.

5. At 17 November 1983, in Riverside Superior Court the Naval proceeding with the State of CA., to be held for restraining order and extradition of Sergeant Major Charles L. Hayman and Elizabeth A. Haymen (Wife) to Chicago IL., for unconditional order of restrainment or executed. The Judge Advocate General Marine Corps Base, Camp Pendleton CA., these two were stationed at Marine Corps Mountian Warfare Tranining Center Pickle Meadows CA., under the authority of the Commanding General Marine Corps Base, Camp Pendleton CA.,. This committee was known as Wrap Up, CA., CA4.,. Committee CA5., is Clean Up CA., to have been held in Riverside ca., Municipal Court. Neither Proceeding was held 17 November 1983, the Petitioner would of been in Los Angeles CA., with a hearing with President Nixon concerning matters pertaining to the Department of the Navy and Marine Corps. (BUREAU OF PRISONS AND PUBLIC HEALTH SERVICE HAS NEVER HAD ANY PROCEEDINGS IN CA.,), On 28 Feburary 1984, the Petitioner Filed in Secretary of Health and Human Services Court San Bernardino CA., for a termination of 100% uncooperativeness order issued by MS Houska Social Security Riverside CA.,. No proceeding was ever held in the State of CA.,.

6. Since 4 April 1987, the Petitioner has beem trying to locate Sergeant Major Charles L. Haymen and wife Elizabeth A. Hayman to be extradited to Chicago IL., for unconditional order of restrainment, with other relatives, Chicago IL., Police Department, Catholic Archdiocese

of Chicago IL., in Atlanta GA., the Petitioner hired, an attorney to contact the Director Sixth U.S. Marine Corps District in Atlanta GA., concerning the proceedings in Chicago IL., and the location of the Haymans. The attorney never contacted the Directof Sixth Marine Corps district but came up with the location of the Haymans in Ohama NE.,

7. The Petitioner has been trying to establish communications with the District Court, and the Circuit Court of Omaha NE., with out success for 21 years, with many of times the mail is undeliverable, or no response. Even mail sent certified mail from Bureau of Prisons Butner NC., and Rochester MN., are undeliverable or no response even if sent to the Postmaster and Postmaster Omaha NE., this includes mail to Director Ninth Marine Corps District Kansas City MO., and Director Eleventh Naval District Great Lakes IL., who is responsible for Omaha NE., the Judge Advocate General Offutt Air Force Base NE., all without response.

8. Since no response is able to be established for the proceedings in Omaha NE., the Marine Corps Recruiting Officer Chicago IL., will be representing the Director Ninth Marine Corps District Kansas City MO., and Marine Corps Recruiting Office Omaha NE., Judge Advocate General Great Lakes Naval Training Center will be representing the Director Eleventh Naval District, and Judge Advocate General Offutt Air Force Base NE., MS J. Spyeckowski of 3333 N Oakpark Avenue Chicago IL., will be representing the Haymens of Omaha NE, families of Zydell and Matringia, of Chicago IL., AZ., CA., and NY.,. Slupko of CA.,.

9. The proceedings involving Director Sixth Marine Corps District, Department of the Navy, and Air Force, Lockheed Martin will be held in CA., and District of Columbia as Committee CA4., and 10 Juno J of Atlanta GA., after the pre-hearing is held in District of Columbia CA4., and CA., will transfered to CA., and 10 Juno J will remain in

District of Columbia since mail to both court systems in Atlanta GA., are undeliverable and or no response from the courts. There will be no proceedings in Atlanta GA.,.

8 July 2008                             /s/ STANLEY A. SLUPKOWSKI PRO SE:

## CERTIFICATE OF SERVICE

DISTRICT CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF GA.,
75 SPRING STREET S.W.
ATLANTA GA., 30303-3361

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY

DISTRICT CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001-2802

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY

DISTRICT CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IL.,
219 S. DEARBORN STREET
CHICAGO IL., 60604

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY

DISTRICT CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF CA.,
312 N. SPRING STREET
LOS ANGELES CA., 90012

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY

DISTRICT CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
811 GRAND AVENUE
KANSAS CITY MO., 64106

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY

JUDGE ADVOCATE GENERAL
DEPARTMENT OF THE U.S. NAVY
GREAT LAKES TRAINING CENTER
2601 N A PAUL STREET
GREAT LAKES IL., 60088-5000

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY
CERTIFIED MAIL 7004 1160 0007 4966 4993
RETURN RECEIPT REQUESTED

JUDGE ADVOCATE GENERAL
DEPARTMENT OF THE NAVY
1322 PATTERSON AVENUE S.E.
WASHINGTON NAVY YARD D.C.
WASHINGTON D.C. 203745066

FIRST CLASS MAIL WITH SELF STAMPED ENVELOPE FOR RETURN FILE COPY
CERTIFIED MAIL 7004 1160 0007 4966 5273
RETURN RECEIPT REQUESTED

8 JULY 2008                             /s/ STANLEY A. SLUPKOWSKI PRO SE: