```
                    IN THE HOUSE OF
             STANLEY A. SLUPKOWSKI STANLEY A. POST
          FMC 19289-083 SSAN 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- VAC 29-750-637
                  FEDERAL MEDICAL CENTER BLDG 1-2
            P.O. BOX 4000 ROCHESTER MN., 55903-4000
```

FIRST CLASS MAIL WITH RETURN SELF STAMPED          21 July 2008
ENVELOPE FOR RETURN FILE COPY                      5600
                                                   SAS:sas

FILED Jul 28, 2008
JUL 2 8 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
08 C 3997

FROM:   STANLEY A. SLUPKOWSKI

TO:     DISTRICT CLERK
        U.S. DISTRICT COURT
        NORTHERN DISTRICT OF ILLINOIS
        219 SOUTH DEARBORN STREET
        CHICAGO IL., 60604

SUBJ:   SLUPKOWSKI V JUDGE ADVOCATE GENERAL DEPARTMENT OF THE U.S.NAVY
        CASE NO 08C-3997, And SLUPKOWSKI V THE UNITED STATES OF AMERICA
        AND STATE OF ILLINOIS, NO CASE NUMBER ASSIGNED DTD 8 JULY 2008,
        BOTH PETITIONS WERE SENT VIA CERTIFIED MAIL 7004 1160 0007 4966
        5280. NEITHER PETITION IS BUREAU OF PRISONS OR PUBLIC HEALTH
        SERVICE BOTH DEAL WITH DEPARTMENT OF THE UNITED STATES NAVY.

ENCL:   (1) Caption page Slupkowski V Judge Advocate General Department
        of the Navy Motion transfering procedings to District of Columbia
        dtd 8 July 2008.

        (2) Caption page Slupkowski V The United States of America
        and The State of Illinos dtd 8 July 2008.

1. This is not prison litigation proceedings, they pertain to the
Department of The United States Navy, these proceedings have nothing
to do with Bureau of Prisons or Public Health Service. Prisoner
correspondence should not be handling these matters. I have had nothing
but fucking trouble with THE FUCKING ASSHOLE DOBBINS AND HIS SECTION.
Crackpot Dobbins is respondent in the Department of the Navy PProceedings
to explain his office fowlling up Department of the Navy proceedings
for 55 years. If i have to I will file criminal charges against Dobbins
"Conspiracy to overthrow the allied nations and conspiracy to assassinate
PRESIDENT KENNEDY, if have been trying to resolve matters quitly but
if you want we can go to the news media and DOBBINS life will not be
worth a plug nickle.

2. Enclosure (1) was transfered 10 October 2003 to the District of
Columbia, the case number assigned is for transfer purpose not purpose
of legal proceedings in District of Illinois.

3. Enclosure (2) has not been assigned a case number as a yet was
received same date at enclosure (1), both were sent in certified mail
7004 1160 0007 4966 5280. Please advicse on case number assigement.

                                    /s/ Stanley A. Slupkowski
                                    STANLEY A. SLUPKOWSKI

                        CERTIFICATE OF SERVICE

JUDGE ADVOCATE GENERAL              FIRST CLASS MAIL WITH RETURN SELF STAMPED
DEPARTMENT OF THE U.S. NAVY         ENVELOPE FOR RETURN FILE COPY OF PETITION
Great Lakes Training Center IL.,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

**08C 3997**

| | |
|---|---|
| STANLEY A. SLUPKOWSKI ) | CASE NO. _____ |
| ) | |
| PETITIONER, ) | |
| ) | JUDGE DOW   RECEIVED |
| V. ) | |
| ) | MAGISTRATE JUDGE SCHENKIER  JUL 1 5 2008 |
| JUDGE ADVOCATE GENERAL ) | |
| DEPARTMENT OF THE U.S. NAVY ) | MICHAEL W. DOBBINS |
| GREAT LAKES TRAINING CENTER. ) | CLERK, U.S. DISTRICT COURT |
| 2601 A PAUL JONES STREET ) | |
| GREAT LAKES ILLINOIS 6008-5000 ) | |
| ) | |
| RESPONDENT(S) ET AL., ) | |

MOTION FOR TRANSFER-ING PROCEEDINGS TO DISTRICT OF COLUMBIA

1. The court was notified on 10 October 2003, the proceedings that involved the Department of the Navy was transfered to District of Columbia, the only proceedings remainding in Illinois is the restraining order against the Department of the Navy, Marine Corps, Chicago IL., Police Department, Catholic Archdiocese of Chicago IL., and relatives thereof. The family unit was pernmently ended 28 October 1973, due to the above conspiracy. The Petitioner has been trying to arrange proceedings in court and your office since 23 December 1953, never a response or mail is undeliverable. Forthcomming is a Bivens Actions against the conspiracy for the restraining order. This is to provide your office with advance notice of the proceedings the Department of the Navy is involved in the State of IL.,.

2. These proceedings in IL., have never involved the Bureau of Prisons or Public Health Service, for 55 years is the Department of the Navy proceedings.

8 JULY 2008

STANLEY A. SLUPKOWSKI PRO SE:

STANLEY A. SLUPKOWSKI

FMC 19289-083 BLDG 1-2

FEDERAL MEDICAL CENTER

P.O. BOX 4000

ROCHESTER MN., 55903-4000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO IL., 60604

| STANLEY A. SLUPKOWSKI | CASE NUMBER |
|---|---|
| PETITIONER, V. THE UNITED STATES OF AMERICA ET AL., THE STATE OF ILLINOIS ET AL.,. RESPONDENT(S). | CIVIL RIGHTS COMPLAINT PURSUANT TO BIVENS ACTION PURSUANT TO 403 US 388 29 L ED 2D 619 S Ct 1999 PRUSUANT TO 28:1331 (FEDERAL QUESTION) |

A. PREVIOUS LAWSUITS:

1. All previous lawsuits were department of the Navy, and were processed as prison litigation reform act, and declared frivolous, as long as Department of the Navy proceedings are processed as prison litigation they will be decalared frivolous. Because Department of the Navy is not part of the prison litigation reform act.

2. This is a Department of the Navy proceeding pursuant to 10:1552 and has nothing to do with prison litigation reform act.

3. The Petitioner is civilly commited and the prisoner litigation reform act does not apply nor does filing fees pursuant to 28:1915N14 and N33

4. The Petitioner is free of filing fees for petitions under 42:GENERALLY 38:4323 (USERRA), 38:5501 thru 5504, MINORS, INCOMPETENTS, AND OTHER WARDS. 10:1552 SECRETARY OF THE NAVY PROCEEDINGS. If determined after the proceeding is final.decision of petition, then the Petitioner would pay it depends on the outcome of the proceedings, majority of the time the Petitioner will not be required to pay and cost or fees.