```
                    UNITED STATES DISTRICT COURT         FILED
                    FOR THE DISTRICT OF COLUMBIA       Aug 12, 2008
                    333 CONSTITUTION AVENUE N.W.
                    WASHINGTON D.C. 20001-2802         AUG 1 2 2008   MB

STANLEY A. SLUPKOWSKI           )      08cv3997        MICHAEL W. DOBBINS
                                )      USDCNI 08-C-3997  CLERK, U.S. DISTRICT COURT
              V                 )
                                )      USDCCDCA 2:08-CV-4613
THE UNITED STATES OF AMERICA    )
ET AL.,.                        )      CIVIL RIGHTS COMPLAINT PURSUANT TO
                                )      BIVENS ACTION PURSUANT TO 403 US 388
                                )      29 L ED 2D 619 S CT 1999 PURSUANT
THE STATE OF IL., ET AL.,.      )      28:1331 (FEDERAL QUESTION)
                                )
THE STATE OF CA., ET AL.,.      )      PROCEEDINGS IS IN REFERENCE SUPPORTS
                                )      SECRETARY OF THE NAVY COURT 10:1552
THE DISTRICT OF COLUMBIA METRO- )      BOARD OF NAVAL CORRECTIONS, A GRAVE
POLATIAN AREA OF WASHINGTON D.C.)      YARD COURT, IS FROM DATE OF OCCURANCE
                                )      IL., 1946, CA., 1939, VA.,/WDC 1963
DISTRICT CLERK FIRST CLASS MAIL )      PROCEEDINGS HAS NEVER HAD ANYTHING
U.S. DISTRICT COURT             )      TO DO WITH BUREAU OF PRISONS OR
CENTRAL DISTRICT OF CA.,        )      PUBLIC HEALTH SERVICES IN CA., IL.,
312 N SPRING ST., LOS ANGELES CA)      VA.,/WDC., IN ANY PROCEEDINGS. THERE
                                )      SEPERATE PROCEEDINGS IN WASHINGTON
DISTRICT CLERK FIRST CLASS MAIL )      D.C. AND RALEIGH NC., WHICH DEAL WITH
U.S. DISTRICT COURT             )      BUREAU OF PRISONS AND PUBLIC HEALTH
NORTHERN DISTRICT OF IL.,       )      SERVICES.
219 DEARBORN ST CHICAGO IL 60604
     TRANSFERING OF VENUE FROM STATES OF CA., IL., VA.,/WDC., TO THE
                        DISTRICT OF COLUMBIA
```

1. Due to the 100% **UNCOOPERATIVENESS** of the Courts, Residences, Agencies and Individuals involved, in the States of CA., IL., and VA.,/WDC., the above listed proceedings were transferred 25 July 2008, to link up with Committee twenty five of the District of Columbia District Court and the United States Congress. Committee twenty five also supports Committee 4 DELTA D, worldwide police harassment. Committee 4 DELTA D was transfered on 17 November 1983, to the District Court District of Columbia.

2. The petitioner has no outstanding proceedings, in CA., IL., VA.,/WDC., of the Department of the Navy. In District of Columbia and Raleigh NC., District Courts are proceedings involving Bureau of Prisons and Public Health Services.

25 JULY 2008                            *[signature]*
                                        STANLEY A. SLUPKOWSKI

                        CERTIFICATE OF SERVICE

DISTRICT CLERK                   CERTIFIED MAIL 7004 1160 0007 4966 4641
U.S. DISTRICT COURT              RETURN RECEIPT REQUESTED
DISTRICT OF COLUBMIA
333 CONSTITUTION AVENUE N.W.            *[signature]*
WASHINGTON D.C. 20001-2802       STANLEY A. SLUPKOWSKI PRO SE: